# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PERCY LAVAE BACON,

    Plaintiff,

vs.

OSWALD REYES, et al.,

    Defendants.

Case No. 2:12-cv-01222-JCM-VCF

**ORDER**

    Before the court are plaintiff's motion to alter or amend (#33) and an amended complaint (#34). In the court's order staying this action, the court stated, "During this ninety-day stay period, <u>no other pleadings or papers shall be filed in this case</u>, and the parties shall not engage in any discovery." Order (#30), at 10 (emphasis added). Plaintiff's motion to alter or amend (#33) and his amended complaint (#34) are in violation of the court's order. If plaintiff continues to file documents during the ninety-day stay period, the court will explore possible sanctions, including the dismissal of this action.

    IT IS THEREFORE ORDERED that plaintiff's motion to alter or amend (#33) and amended complaint (#34) are **STRICKEN** from the record.

    DATED: December 19, 2012.

                                                                          JAMES C. MAHAN
                                                                          United States District Judge