# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PERCY LAVAE BACON,<br>    Plaintiff,<br>vs.<br>OSWALD REYES, et al.,<br>    Defendants. | Case No. 2:12-cv-01222-JCM-VCF<br><br>**ORDER** |

Before the court are plaintiff's motion for a declaratory judgment (#36) and motion for preliminary hearing to issue permanent injunction (#37). In the court's order staying this action, the court stated, "During this ninety-day stay period, <u>no other pleadings or papers shall be filed in this case</u>, and the parties shall not engage in any discovery." Order (#30), at 10 (emphasis added). Plaintiff's motions are in violation of the court's order. The court already has warned plaintiff once about filing documents during the ninety-day stay period, but the court's warning and plaintiff's motions might have crossed in the mail. Order (#35). If plaintiff files documents again during the ninety-day stay period, then the court will dismiss this action.

///
///
///
///
///
///

-2-

1  IT IS THEREFORE ORDERED that plaintiff's motion for a declaratory judgment (#36) and
2  motion for preliminary hearing to issue permanent injunction (#37) are **STRICKEN** from the
3  record.
4  DATED:   January 15, 2013.

*/s/ James C. Mahan*
JAMES C. MAHAN
United States District Judge