# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| PERCY LAVAE BACON, | |
| Plaintiff, | 2:12-cv-01222-JCM-VCF |
| vs. | **ORDER** |
| OSWALD REYES, *et al.*, | [*Ex Parte* Motion to Extend Prison Inmate Copy Work Limit (#89)] |
| Defendant. | |

Before the Court is *Pro Se* Plaintiff's *Ex Parte* Motion to Extend Prison Inmate Copy Work Limit filed on June 7, 2013. (#89). Plaintiff seeks to extend his prison copywork limit to $500.00. *Id.* No opposition has been filed.

**Discussion:**

Under Local Rule 7-5(b), "[a]ll *ex parte* motions, applications or requests shall contain a statement showing good cause why the matter was submitted to the Court without notice to all parties." In Plaintiff's Motion to Extend Prison Inmate Copy Work Limit (#89), Plaintiff failed to demonstrate good cause why his Motion should be deemed *ex parte*. LR 7-5(c) provides that motions "may be submitted *ex parte* only for compelling reasons, and not for unopposed . . . motions." Plaintiff has not given any reason why he needs to file his Motion *ex parte*. Thus, he has not adequately met the need to file his Motion *ex parte*.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's *Ex Parte* Motion to Extend Prison Inmate Copy Work Limit (#89) is DENIED without prejudice.

Plaintiff may re-file his motion with notice to all parties.

DATED this 27th day of June, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE