# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

PERCY LAVAE BACON,

    Plaintiff,

vs.

OSWALD REYES, et al.,

    Defendants.

Case No. 2:12-cv-01222-JCM-VCF

**ORDER**

    Presently before the court is defendants' motion to extend time to file a response. (Doc. # 99).

    Magistrate Judge Ferenbach issued a report and recommendation that addressed approximately ten of the motions filed in this case. (Doc. # 87). The plaintiff filed objections to the report and recommendation. (Doc. # 90).

    Defendants filed the instant motion after the deadline date for filing a response to the objections had passed. Defendants represent that they incorrectly calendared the response deadline. Defendants now seek leave to file their response to plaintiff's objections due to excusable neglect. Defendants have attached their response as exhibit B.

    Due to excusable neglect and the court's preference to decide issues on the merits, the court finds good cause to grant the motion.

. . .

. . .

. . .

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to extend
3  time to file a response (doc. # 99) be, and the same hereby, is GRANTED.

4  IT IS FURTHER ORDERED that defendants shall file the response attached to their motion as
5  exhibit B within five days of this order.

6  DATED July 8, 2013.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE